# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jack D Upchurch, et al., | NO. CV-25-00181-TUC-AMM (PSOT) |
| Plaintiffs, | |
| v. | **JUDGMENT OF DISMISSAL** |
| Pima County Jail, et al., | |
| Defendants. | |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed July 18, 2025, Plaintiffs to take nothing, and the complaint and action are dismissed without prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

July 18, 2025

By    s/ S. Bracamonte
      Deputy Clerk